Nov. Term,<br/>1850.<br/><br/>Dunning<br/>v.<br/>The New Albany and Salem Railroad Company.

---

DUNNING *v.* THE NEW ALBANY AND SALEM RAILROAD COMPANY.—In Error.

ASSUMPSIT by a corporation on a subscription of stock. Plea—general issue. Judgment for the plaintiff. The plea of general issue admits the capacity of the plaintiff to sue. *Guaga Company* v. *Dawson*, 4 Blackf.

Nov. Term,
1850.

202.—*Harris* v. *Muskingum Co.* id. 267. The Court takes notice officially of the public proclamations of the Governor. 1 Greenl. Ev. 65.

Every presumption is indulged in favor of the legal existence of a corporation after it has gone into operation. Ang. & Ames on Corp. 506.

The judgment is affirmed on the weight of evidence, with costs, and 1 *per cent.* damages.

*C. Dewey*, for the plaintiff.

*R. Crawford*, for the defendant.